**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000106
18-AUG-2025
07:57 AM
Dkt. 36 OAWST**

NO. CAAP-25-0000106

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WELLS FARGO BANK, NATIONAL ASSOCIATION, Plaintiff-Appellee,
v.
QUEST ONE ADVENTURES, INC., a corporation dba USA STUDENT TRAVEL,
Defendant-Appellee,
and
LEONARD WONG aka LEO WONG, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CSP-22-0000187)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice as to the Notice of Appeal Filed February 25, 2025 [Dkt. 1] (Stipulation), filed August 8, 2025, by Defendant-Appellant Leonard Wong, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, August 18, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge